Argued August 18, appeal dismissed August 29, 1977

STATE OF OREGON, *Appellant,*
*v.*
JAMES MICHAEL HARRIS, *Respondent.*
(No. DA 122877, CA 8008)
568 P2d 697

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Gregory L. Hawkes, Metropolitan Public Defender, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

Appeal dismissed. *See State v. Garton,* 30 Or App 451, 566 P2d 1227 (1977).